NOVEMBER 28, 1955

No. 59521.—C. J. Tower & Sons *v.* United States, protests 197325–K and 226927–K.— Plaintiff's application for rehearing granted.